# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DEAN CHRISTOPHER UPTON,<br><br>　　　　　　　Defendant. | CASE NO. MJ25-403<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was arrested on a warrant issued by the Northern District of Iowa. The warrant was issued because the probation office alleged Defendant violated conditions of supervised release by using controlled substances and failing to comply with his placement at a residential reentry center. Before the warrant was issued, the probation office attempted to contact Defendant without success.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1) Defendant is detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 8th day of July, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2